IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENNIS DIVENUTA,

    Plaintiff,

v.      CIVIL ACTION NO. 09-3657

BILCARE, INC.,

    Defendant.

**ORDER**

**AND NOW**, this 30th day of March, 2011, upon careful consideration of defendant Bilcare, Inc.'s ("Bilcare's") motion for summary judgment (docket no. 32), plaintiff Dennis Divenuta's ("Divenuta's") opposition thereto, and Bilcare's reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

    1. Bilcare's motion for summary judgment is **GRANTED** as to count I, alleging breach of contract, but only with respect to Divenuta's claim regarding the reduction in his salary, and judgment is **ENTERED** in favor of Bilcare and against Divenuta with respect to that claim. The motion is **DENIED** as to count I with respect to Divenuta's claim regarding Bilcare's failure to pay incentive compensation. Bilcare's motion to strike Divenuta's claim for damages resulting from the alleged decline in his credit score is **GRANTED**.

    2. Bilcare's motion for summary judgment is **GRANTED** as to count II, asserting promissory estoppel, and judgment is **ENTERED** in favor of Bilcare and against Divenuta as to this count.

    3. Bilcare's motion for summary judgment is **GRANTED** as to count III, alleging

violations of Pennsylvania's Wage Payment and Collection Law, but only with respect to Divenuta's claim for severance, and judgment is **ENTERED** in favor of Bilcare and against Divenuta with respect to the severance claim. The motion is **DENIED** as to count III with respect to Divenuta's claims regarding Bilcare's failure to pay incentive compensation and to timely pay the final installment of his sign-on bonus. Judgment is **ENTERED** in favor of Divenuta and against Bilcare in the amount of $1,250.00.

    4. Trial in this matter is scheduled for May 31, 2011, at 10:00 a.m.

                                                            /s/ William H. Yohn Jr., Judge
                                                              William H. Yohn Jr., Judge